NEW JERSEY DEPARTMENT OF LABOR,
WORKMEN'S COMPENSATION BUREAU.

DAVID JACKSON, PETITIONER, v. THE PENNSYLVANIA RAILROAD COMPANY, RESPONDENT.

On determination and rule for judgment.

For the petitioner, *Charles Becker*.

For the respondent, *Harry C. Brown*.

After hearing the testimony I find that the petitioner failed to prove he was engaged in intrastate commerce at the time of the alleged accident, October 15th, 1925, which was alleged to have occurred at River street freight station, Newark, New Jersey.

\*　　\*　　\*　　\*　　\*　　\*　　\*

HARRY J. GOAS,
*Deputy Commissioner.*